[No. 31698-0-III.   Division Three.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 13-1-00028-0, Brian P. Altman, J., entered May 20, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 71094-0-I.   Division One.   January 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN MICHAEL STOLTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01751-9, Timothy A. Bradshaw, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 44709-6-II.   Division Two.   January 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA JEAN BALE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00270-1, Anna M. Laurie, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 31275-5-III.   Division Three.   January 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR SAUL PRADO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00782-6, David A. Elofson, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.